UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JACOB & COMPANY WATCHES, INC.

Civil Action No. 05-23262-CIV-GRAHAM

Plaintiff,

v.

MICHAEL'S DIAMOND JEWELERS INC.;
BORIS ARANOV and NATHAN ARANOV
Defendants.



# FINAL JUDGMENT UPON CONSENT

Plaintiff **Jacob & Company Watches, Inc.**, ("Plaintiff"), having filed a Complaint in this action charging Defendants **Michael Diamond Jewelers, Inc.; Boris Aranov** and **Nathan Aranov** (hereinafter collectively "Defendants") with trademark infringement and unfair competition under both federal and state laws based upon Defendant's wrongful alteration of Plaintiff's JACOB & Co. watches including the addition of diamonds to JACOB & Co. branded watches; and the parties desiring to settle the controversy between them, it is hereby ORDERED, ADJUDGED AND DECREED as between the parties hereto that:

1. This Court has jurisdiction over the parties to this action and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. §1121.

2. Plaintiff is the owner of the trademarks **JACOB & Co.** U.S. Trademark Reg. No. 2,701,274 and the composite mark **J. & CO JACOB & CO. plus Design**, U.S. Trademark Reg No. 2,676,899 and is entitled to the exclusive use thereof.

3. Plaintiff has alleged that Defendants' distribution and sale of Plaintiff's watches that have been altered by the addition of diamonds and other



adornments not emanating from Plaintiff, constitutes trademark infringement and unfair competition under both Federal and State laws.

4. Defendants, its agents, servants, employees, and attorneys-in-fact and all persons in active concert and participation with them, are hereby permanently restrained and enjoined:

a. from wrongfully using the trademark **JACOB & CO.** in any manner and from using any mark confusingly similar thereto; and from manufacturing, promoting, advertising and selling any unlawfully altered or counterfeit products bearing the **JACOB & CO.** trademark or any mark confusingly similar thereto; and from impliedly or expressly representing that any of the unlawfully altered or counterfeit products manufactured and/or sold by Defendants bearing the **JACOB & CO.** trademark are genuine products of the Plaintiff unless such is the case;

b. from unlawfully altering, and/or selling any altered Jacob & Co. branded watch,

c. from falsely representing themselves, their business or products as being connected with Plaintiff, or sponsored by or associated with Plaintiff, or engaging in any act which is likely to falsely cause the trade, retailers and/or members of the purchasing public to believe that Defendants are associated with Plaintiff.

5. The parties having agreed that Defendants shall pay to Plaintiff a settlement of $5,000 including the cost of the watch to satisfy Plaintiff's demand for damages, profits, costs, disbursements and attorneys' fees based upon Defendants' wrongful sales activities, Defendant's warranties and representations and obligations to make such payment are incorporated herein and no further award for damages, profits, costs, disbursements and attorneys' fees is made herein. Said watch will be returned to Defendant under agreement to disassemble, and/or removed from commercial sale.

6. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof and the punishment of any violations thereof.

7. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

Dated: Miami, Florida
~~January~~ February 22, 2006

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Approved as to form:

                              BECKER & POLIAKOFF, PA
*Attorneys for Plaintiff*
Post Office Box 9057
Fort Lauderdale, FL 33310-9057
(954) 987-7550 Phone
(954) 985-4176 Fax

_____
Gary C. Rosen
Florida Bar No. 310107

Kevin Markow
Florida Bar No. 66982

*Attorney for Defendant,*
Ken Whittle, Esq.
19 West Flagler Street, Suite 707
Miami, FL 33130

_____

4

## CONSENTS

The undersigned hereby consent to the entry of a Final Judgment Upon Consent in the foregoing form or in such other form as the Court may approve.

**JACOB & CO. WATCHES, INC.**

By: _____
Title: _____

Dated: January 16, 2006


**Michael's Diamond Jewelers, Inc.**

By: _____
Title: President

Dated: January 26, 2006


**BORIS ARANOV**

By: _____

Dated: January 26, 2006


**NATHAN ARANOV**

By: _____

Dated: January 26, 2006

## ACKNOWLEDGEMENTS

STATE OF NEW YORK         )
                          ss.:
COUNTY OF NEW YORK        )

On this **2** day of ~~January~~ February, 2006 before me came Jacob Arabo who acknowledged to me that he the principle of plaintiff Jacob & Co. Watches, Inc. and that he executed the foregoing instrument on behalf of plaintiff Jacob & Co. Watches, Inc with full authority to do so.

_____
Notary Public

Cory Baker
Notary Public - State of New York
No. 02BA6100355
Qualified in New York County
Commission Expires October 14, 2007

STATE OF FLORIDA          )
                          ss.:
COUNTY OF DADE            )

On this **26** day of January, 2006 before me came Mariano ___ who acknowledged to me that he/she is President of Defendant Michael's Diamond Jewelers, Inc., and that s/he executed the foregoing instrument on behalf of Defendant Michael's Diamond Jewelers, Inc., and himself with full authority to do so.

Kendrick G. Whittle
Commission #DD318674
Expires: Jun 29, 2008
Bonded Thru
Atlantic Bonding Co., Inc

_____
Notary Public

STATE OF FLORIDA          )
                          ss.:
COUNTY OF DADE            )

On this **26** day of January, 2006 before me came Boris Aranov who acknowledged to me that he is the individual referenced herein, and that he executed the foregoing instrument on behalf himself individually.

Kendrick G. Whittle
Commission #DD318674
Expires: Jun 29, 2008
Bonded Thru
Atlantic Bonding Co., Inc

_____
Notary Public

STATE OF FLORIDA         )
                         ss.:
COUNTY OF DADE           )

On this 2<u>6</u> day of January, 2006 before me came Nathan Aranov who acknowledged to me that he is the individual referenced herein, and that he executed the foregoing instrument on behalf himself individually.

Kendrick G. Whitt
Commission #DD31862
Expires: Jun 29, 2008
Bonded Thru
Atlantic Bonding Co., Inc

_____
Notary Public